COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
|                                              | § |                          |
| CHRISTOPHER M. OLSEN AND                     |   | No. 08-14-00195-CV       |
| CATHY A. OLSEN,                              | § |                          |
|                                              |   | Appeal from              |
| Appellants,                                  | § |                          |
|                                              |   | 126th District Court     |
| v.                                           | § |                          |
|                                              |   | of Travis County, Texas  |
| CITIGROUP GLOBAL MARKETS                     | § |                          |
| REALTY CORPORATION,                          |   | (TC # D-1-GN-13-003043)  |
|                                              | § |                          |
| Appellee.                                    |   |                          |
|                                              | § |                          |

## **J U D G M E N T**

The Court has considered this cause on Appellee Citigroup Global Markets Realty Corporation′s motion to dismiss and concludes the motion should be granted and the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF SEPTEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)